No. 11–1373. SISSON *v.* ROSENBLUM, ATTORNEY GENERAL OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 11–1374. ACORD, AKA LIVINGSTON, ET AL. *v.* YOUNG AGAIN PRODUCTS, INC. C. A. 4th Cir. Certiorari denied.

No. 11–1375. ELIZONDO ET UX., INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF ELIZONDO *v.* CITY OF GARLAND, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 11–1376. FIELD *v.* BOARD OF WATER COMMISSIONERS FOR THE CITY AND COUNTY OF DENVER. C. A. 10th Cir. Certiorari denied.

No. 11–1379. STUART *v.* WALKER. Ct. App. D. C. Certiorari denied.

No. 11–1382. CRAWFORD ET AL. *v.* BNSF RAILWAY CO. C. A. 8th Cir. Certiorari denied.

No. 11–1383. DYER *v.* PALMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–1385. SATTARI *v.* BRITISH AIRWAYS WORLD CARGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1386. SHEPHERD *v.* HENSON, JUDGE, COURT OF COMMON PLEAS, RICHLAND COUNTY, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 11–1388. INNOVATIVE THERAPIES, INC. *v.* KINETIC CONCEPTS, INC., ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–1389. TAYLOR ET AL. *v.* STREICHER ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1392. LOUISIANA ET AL. *v.* LEONARD. C. A. 5th Cir. Certiorari denied.